FILED
2004 Dec-03 AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA




UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

November 26, 2004

Mr. Thomas K. Kahn, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No. CV 03-AR-1540-S
U.S.C.A. No. NEW CASE                    04-16167B
IN RE: United States of America, et al vs Charles M McInteer MD, et al

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this transmittal.

X   Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed. Please check if judgment was oral:

    Certified record  supplemental record on appeal consisting of:  volume(s) of pleadings, etc.;  volume(s) of transcripts;

X   First Notice of Appeal? YES  Dates of other Notices:

    The following materials **SEALED** in this court (order enclosed) consisting of:

    Original papers (court file) and certified copy of docket entries per USCA request.

    There was no hearing from which a transcript could be made.

    Copy of CJA Form 20 or District Court order appointing counsel.

X   The appellant docket fee has been paid. YES  Date Paid: 11/24/04

    The appellant has been  leave to appeal in forma pauperis and a request for certificate of appealability (order enclosed).

X   The Judge/Magistrate Judge appealed from is: Honorable William M Acker Jr

    The Court Reporter is:  205-252-6565.

    This is a **BANKRUPTCY APPEAL**. Please send notice of final order and/or opinion to: Richard Mauk, Acting Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

    This is a **DEATH PENALTY** appeal.

    Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

    Other:

xc:  Counsel

Perry D. Mathis, Clerk
By: Kathy Englebert
Deputy Clerk Kathy Englebert